**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO. 1:22-cv-20233-BB

| | |
|---|---|
| MUSEUM OF SELFIES INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>MIAMI SELFIE, LLC, a Florida Limited Liability Company; SELFIE MUSEUM, LLC, a Colorado limited liability company; OLEKSII KURYLIN, an individual; ANDRII BUTENKO, an individual; IGOR BENCHAK, an individual; and MARY ECKHOUT, an individual,<br><br>        Defendants. | **UNOPPOSED MOTION TO RESCHEDULE MEDIATION** |

Plaintiff, by and through undersigned counsel, here by moves *unopposed* to reschedule mediation in this in this matter, and in support thereof states:

1.    Pursuant to the Court's ORDER SETTING TRIAL AND PRE-TRIAL SCHEDULE, REQUIRING MEDIATION, etc. (DE 31), mediation must be completed by no later than **November 1, 2022**.

2.    On March 24, 2022, this Court, at the request of the parties, entered an order scheduling mediation for **June 2, 2022** with Mediator Harry R. Schafer. (DE 37).

3.    On April 28, 2022, Defendants filed their motion to dismiss Plaintiff's first amended complaint (DE 42).

1

4. On May 5, 2022, Plaintiff file a motion for an extension to file an opposition to the Defendants' motion to dismiss (DE 43) due to the unavailability of Plaintiff's counsel for trial in another matter.

5. On May 5, 2022, the Court granted an extension for Plaintiff to oppose the motion to dismiss on or before May 26, 2022 (DE 44).

6. Defendants' reply to the motion to dismiss will not be filed until June 2, 2022, which is the current mediation date.

7. Based on the foregoing (and other scheduling issues below), Plaintiff respectfully requests that mediation be rescheduled until Defendants' motion to dismiss has been fully briefed and decided by the Court.

8. Additionally, as Defendants' counsel is not available during the first three weeks of July and Plaintiff's client representative will not be available thereafter until August 11, 2022, so the soonest date of availability for mediation for everyone is August 11, 2022.

9. The parties have advised Mediator Schafer of the conflicts and Mediator Schafer has agreed to reschedule mediation for August 11, 2022.

10. *The mediation date has not been previously altered and the new mediation date is ell within the Court's trial schedule and will not impact any other deadlines.*

11. **LOCAL RULE 7.1** - Undersigned counsel has conferred with counsel for the Defendants in this matter and is authorized to represent that Defendants **DO NOT OBJECT** to rescheduling mediation.

WHEREFORE, Plaintiff respectfully requests the Court grant the instant Motion and reschedule the mediation for **August 11, 2022**. A proposed order is attached.

Respectfully submitted,

**TROJAN LAW OFFICES**
R. Joseph Trojan, Esq. (*pro hac vice*)
Lan C. Dang, Esq. (*pro hac vice*)
Francis Wong, Esq. (*pro hac vice*)
*Counsel for Plaintiff*
trojan@trojanlawoffices.com
9250 Wilshire Blvd., Ste. 325
Beverly Hills, California 90212
Phone: (310) 777-8399; Facsimile: (310) 777-8348

**REINER & REINER, P.A.**
*Counsel for Plaintiff*
dpr@reinerslaw.com
9100 South Dadeland Boulevard, Suite 901
Miami, Florida   33156-7815
Phone: (305) 670-8282; Facsimile: (305) 670-8989

By: _____
**DAVID P. REINER, II**; FBN 416400

3

## **CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY that on May 17, 2022, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

**REINER & REINER, P.A.**
*Counsel for Plaintiff*
dpr@reinerslaw.com; eservice@reinerslaw.com
9100 South Dadeland Boulevard, Suite 901
Miami, Florida   33156-7815
Phone: (305) 670-8282; Facsimile: (305) 670-8989

By: _____
**DAVID P. REINER, II**; FBN 416400