**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-20233-BLOOM/Otazo-Reyes**

MUSEUM OF SELFIES, INC.,

      Plaintiff,

v.

MIAMI SELFIE, LLC,
SELFIE MUSEUM, LLC,
OLEKSII KURYLIN,
ANDRII BUTENKO,
IGOR BENCHAK, and
MARY ECKHOUT,

      Defendants.

_____/

<u>**ORDER GRANTING MOTION TO RESCHEDULE MEDIATION**</u>

**THIS CAUSE** is before the Court upon the Motion to Reschedule Mediation, ECF No.
[45] ("Motion"). The Court has considered the Motion, the record in this case, the applicable law,
and is otherwise fully advised. In the Motion, the parties request to reschedule mediation for
August 11, 2022, with Mediator Harry Schafer. However, the Motion does not state the time of
day and place for mediation.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [45]**, is **GRANTED**.

1. By no later than **May 24, 2022**, the parties shall select a mediator pursuant to
   Local Rule 16.2, shall **schedule a revised time, date, and place for mediation**,
   and shall jointly **file a revised notice, and proposed order scheduling**
   **mediation** via CM/ECF in the form specified on the Court's website,
   http://www.flsd.uscourts.gov. Within **three (3) days** of mediation, the parties
   are required to file a mediation report with the Court. Pursuant to the procedures

outlined in the CM/ECF Administrative Procedures, **the proposed order is also to be emailed to bloom@flsd.uscourts.gov in Word format.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 17, 2022.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record